## MARK McDANIELS v. THE STATE.

No. 22708. Delivered January 12, 1944.

The opinion states the case.

*Aubrey Davee*, of Brady, for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted by a jury of violation of the liquor laws of McCulloch County, and assessed a fine of $100.00.

There are no bills of exceptions in the record.

The facts substantiate the allegations in the complaint and information, with no attempt to deny or controvert the same.

The judgment is affirmed.